ATTORNEY'S NAME: Shepherd, Hollis 25501
AND ADDRESS: 2221 Saint Claude Ave., New Orleans, LA 70117

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-06062    DIVISION: L    SECTION: 06

**DAVIS, MYRNA GUITY**

Versus

**STARBUCKS CORPORATION**

## CITATION

TO:   STARBUCKS CORPORATION
THROUGH:   ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 31, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Kasie Jiles, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON **STARBUCKS CORPORATION** THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>PAPER       RETURN<br>___ / _____ / _____<br>SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON **STARBUCKS CORPORATION** THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY<br><br>by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STARBUCKS CORPORATION being absent from the domicile at time of said service.<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |


EXHIBIT A

ID: 10502768    Page 1 of 1

ATTORNEY'S NAME:   Shepherd, Hollis 25501
AND ADDRESS:   2221 Saint Claude Ave., New Orleans, LA 70117

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-06062          DIVISION: L          SECTION: 06

### DAVIS, MYRNA GUITY

Versus

### STARBUCKS CORPORATION

## CITATION

TO:   STARBUCKS CORPORATION
THROUGH:   ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 31, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Kasie Jiles, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON STARBUCKS CORPORATION | ON STARBUCKS CORPORATION |
| THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY | THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY |
| Returned the same day  No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STARBUCKS CORPORATION being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day  No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| ___/ ENTERED /___ | |
| PAPER     RETURN | |
| ___/___  ___/___ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10502768          Page 1 of 1

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

CASE NO: 2020-6062    DOCKET    SECTION:

**MYRNA GUITY DAVIS**

**VERSUS**

SECTION 14

**STARBUCKS CORPORATION**

FILED:_____    _____
                                    DEPUTY CLERK

**PETITION FOR DAMAGES**

**NOW INTO COURT** comes **MYRNA GUITY DAVIS**, a person who is of the full age of majority and who respectfully avers the following:

1.

Made defendants in these proceedings are the following:

A.) **STARBUCKS CORPORATION**,(Starbucks) a licensed entity that is licensed to conduct business in Louisiana. Additionally, based on information and belief, STARBUCKS does conduct business in Orleans Parish.

2.

Orleans Parish is the proper venue for these proceedings because the incidents giving cause to this claim and cause of action occurred in Orleans Parish.

3.

The above named defendant(s) is/are justly, truly and legally indebted unto petitioner, jointly and severally in a sum which is reasonable in the premises together with legal interest from the date of judicial demand and for all costs for the following reasons to wit:

4.

That, on July 22, 2019, Myrna Guity Davis was an invitee (customer) on the premises of the Starbucks Corporation Store (Starbucks) located at 3400 Holiday Drive, New Orleans, La. 70114.

5.

That, on or about July 22, 2019, Starbucks was a merchant that was open and conducting business in Orleans Parish.



1

.6.

On or about July 22, 2019, Starbucks owed plaintiff, Myra Guity Davis, a duty to exercise reasonable care to keep its aisles, passageways, and floors in a reasonably safe condition.

7.

On or about July 22, 2019, defendant, Starbucks had a further duty to make a reasonable effort to keep its premises free of any hazardous conditions.

8.

On or about July 22, 2019, a risk of harm was created or existed on or in the premises where Starbucks business was located and where it conducted business. The hazardous condition at defendant's location was reasonably foreseeable.

9.

On or about July 22, 2019, the surface of defendant's outer entry and exit steps were inherently dangerous.

10.

Additionally, on or about July 22, 2019, the lack of proper markings and warnings further created an unreasonable risk of harm, a hazardous condition, an inherently dangerous condition and a vice or defect in the premises, which were known or should have been known to defendant, defendant's agents and/or servants. Additionally, the existence of the dangerous condition was readily ascertainable by the agents, representatives, and/or employees of defendant.

11.

Defendant, Starbucks, is liable to petitioner for the following, non-exclusive, acts of negligence, which were a cause in fact of the accident, to wit:

1. Creation of a condition which created an unreasonable risk of harm to petitioner;
2. Having actual and/or constructive notice of the creation of an unreasonable risk of harm and failing to cure the premises of the hazardous condition and risk of harm;
3. Expressly and/or impliedly permitting activities on the premises which created an unreasonable risk of harm to invitees of the premises;
4. Failing to adequately and properly warn customers and patrons that a known danger or hazardous condition was present on the floor;
5. Improper placement of warning signs;

2

6. Failing to exercise reasonable care under the circumstances;

7. Failing to keep the passageway, entrances, exits and premises in a reasonably safe condition;

8. Allowing an unsafe condition to exist which presented an unreasonable risk of harm;

9. Failing to follow or have proper procedures to adequately warn patrons and customers that a hazardous condition existed;

10. Failing to take reasonable steps to protect petitioner and other patrons and customers from being exposed to wet and/or foreign substance on the floor of the store which could cause them to fall;

11. Failure to exercise reasonable care to forestall harm to its patrons and customers by taking precautions to prevent them from walking on or through wet or slippery areas of the store;

12. Other acts of negligence which will be proved at the time of trial;

12.

Petitioner alleges the following general and specific damages for which she is entitled to recover in an amount calculated to adequately compensate her for the injuries and damages she sustained:.

1. Past, present and future Medical expenses;
2. Past, present and future physical pain and suffering, including aggravation of preexisting conditions;
3. Loss of function;
4. Past, present and future mental anguish and emotional distress;
5. Special care and services;
6. Loss of enjoyment of life;
7. Permanent and/or partial disability

13.

Petitioner avers amicable demand to no avail.

**WHEREFORE**, petitioner prays that defendants be duly cited and served with a copy of this petition to appear and answer same and, after all legal delays and due proceedings are had, that there be judgment herein in favor of the petitioner and against defendant jointly, severally in a full and true sum calculated to compensate petitioner for the damages complained of herein, along with legal interest thereon from the date of judicial demand until paid for all costs of these proceedings, and for all general and equitable relief and trial by jury.

3

**RESPECTFULLY SUBMITTED:**

*Hollis Shepherd*
Hollis Shepherd (LBN: 25501)
2221 Saint Claude Avenue
New Orleans, LA 70119
504-975-1210
504-648-1417

**Please Serve:**
Starbucks Corporation
thru its registered agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, La. 70802

4